## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| 2311 RACING LLC d/b/a 23XI RACING and FRONT ROW MOTORSPORTS, INC., <br><br> Movants, <br><br> v. <br><br> INDYCAR LLC, <br><br> Respondent. | **Case No.** <br><br> Underlying Litigation <br><br> *2311 Racing LLC, et al. v. Nat'l Ass'n for Stock Car Auto Racing, LLC, et al*, No. 3:24-cv-886-KDB-SCR in the United States District Court, Western District of North Carolina Charlotte Division |

## MOVANTS' MOTION TO COMPEL INDYCAR LLC'S COMPLIANCE WITH SUBPOENA FOR PRODUCTION OF DOCUMENTS

COME NOW 2311 Racing LLC d/b/a 23XI Racing and Front Row Motorsports, Inc.,

Plaintiffs in the case styled *2311 Racing LLC, et al. v. Nat'l Ass'n for Stock Car Auto Racing,

LLC, et al*, No. 3:24-cv-886-KDB-SCR, now pending in the United States District Court,

Western District of North Carolina Charlotte Division, and move to compel INDYCAR LLC

("INDYCAR"), a non-party to the case, to comply with the properly served subpoena to produce

documents under Federal Rule of Civil Procedure 45.  The grounds for granting this Motion are

set forth in the accompanying Memorandum of Law.


Dated: April 10, 2025                    Respectfully submitted,

                                         */s/ Charles S. Smith*
                                         Charles S. Smith (Bar Number 23148-49)
                                         **HUNT SUEDHOFF KEARNEY LLP**
                                         155 E. Market Street, Suite 550
                                         Indianapolis, IN 46204
                                         Tel: (317) 784-4966
                                         csmith@hsk-law.com

                                         Jeffrey L. Kessler (*pro hac vice* forthcoming)
                                         **WINSTON & STRAWN LLP**
                                         200 Park Avenue
                                         New York, NY 10166

Tel: (212) 294-6700
Fax: (212) 294-4700
jkessler@winston.com

Jeanifer E. Parsigian (*pro hac vice*
forthcoming)
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA 94111
Tel: (415) 591-1000
Fax: (415) 591-1400
jparsigian@winston.com

*Counsel for Movants 2311 Racing LLC d/b/a*
*23XI Racing and Front Row Motorsports, Inc.*

## LOCAL RULE 37-1 CERTIFICATION

I, Jeanifer E. Parsigian, Counsel for Movants 2311 Racing, LLC d/b/a 23XI Racing and Front Row Motorsports, Inc., certify as follows:

I conferred with Counsel for INDYCAR on March 20, 2025.  The conference occurred at approximately 4:30 PM Eastern via a dial-in telephone call.  Counsel for INDYCAR are Angela Karhulik, Holly Minnis, and Lauren Baldwin of Ice Miller LLP.

Dated:  April 10, 2025

/s/ Jeanifer E. Parsigian
Jeanifer E. Parsigian
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA 94111
Tel: (415) 591-1000
Fax: (415) 591-1400
jparsigian@winston.com